THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 21, 2017



Brett H. Ludwig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | September 19, 2017 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 17-26522-bhl |
| DEBTOR: | John A. Carrao |
| NATURE OF HEARING: | 1. Preliminary - Objection to Confirmation of the Plan filed by Medallion Bank |
| | 2. Preliminary – Objection to Confirmation of the Plan filed by the Chapter 13 trustee |
| APPEARANCES: | William Nickolai, attorney for the debtor |
| | Michael Acevedo, attorney for Medallion Bank |
| | Scott Lieske, Chapter 13 trustee |

1. <u>Objection to Confirmation of the Plan filed by Medallion Bank</u>

Medallion Bank agreed to withdraw its objection subject to the debtor filing an amended plan that increases the *Till* rate to 6% and revises the special provision in section 10(c). The court did not set a deadline for the debtor to file an amended plan, but will do so upon resolution of the trustee's objection.

2. <u>Objection to Confirmation of the Plan filed by the Chapter 13 Trustee</u>

The trustee stated that both elements of its objection remain unresolved. The parties will address the issue of feasibility after the Wisconsin Department of Revenue files its claim.

The parties disagree as to whether the plan's treatment of the debtor's boat is proper. The court set that issue for an evidentiary hearing. For the reasons stated on the record,

- A. An evidentiary hearing will be held on **October 24, 2017** at 2:30 p.m. at the United States Courthouse, 517 East Wisconsin Avenue, Courtroom 321, Milwaukee, Wisconsin. The court will not grant an adjournment of the hearing absent a compelling reason. This is an evidentiary hearing and no telephone appearances are permitted.

B. The parties must file pre-hearing briefs by **October 17, 2017**.

C. On or before **October 17, 2017,** both parties must exchange and file copies of exhibits, including appraisals, that they contemplate using at the evidentiary hearing.

D. On or before **October 17, 2017,** both parties must exchange and file a list of witnesses that each party intends to call at the evidentiary hearing in that party's case-in-chief.

E. The failure to identify or exchange an exhibit or identify a witness will result in exclusion of the exhibit or witness, except upon a showing that the failure was substantially justified or harmless.

SO ORDERED.

#####